IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR376 |
| | ) | |
| NICHOLE BITTNER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the court is defendant's unopposed Motion to Continue Change of Plea Hearing [71]. Good cause being shown, the motion will be granted and the previously scheduled Change of Plea Hearing will be continued.

    IT IS ORDERED:

    1.    That the defendant's unopposed Motion to Continue Change of Plea Hearing [71] is granted;

    2.    That the Change of Plea hearing is continued to **April 5, 2007** at **9:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    For this defendant, the time between **March 22, 2007** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 27th day of March, 2007.

                                    BY THE COURT:

                                    s/ Thomas D. Thalken
                                    United States Magistrate Judge