IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR376 |
| | ) | |
| NICOLE BITTNER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Unopposed Motion to Continue Change of Plea Hearing [99] previously scheduled for April 5, 2007.   Good cause being shown, the motion will be granted and the previously scheduled Change of Plea hearing will be continued.

IT IS ORDERED:

1. That the Unopposed Motion to Continue Change of Plea Hearing [99] is granted; and

2. That the Change of Plea hearing is continued to **April 18, 2007** at **3:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **April 5, 2007** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 10th day of April, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge