IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR376** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **NICHOLE BITTNER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the unopposed motion to continue the sentencing hearing filed by the Defendant, Nichole Bittner (Filing No. 163).

IT IS ORDERED:

1. The Defendant's motion to continue the sentencing hearing (Filing No. 163) is granted; and

2. The sentencing hearing previously scheduled for Thursday, July 5, 2007, at 1:00 p.m. is cancelled, and the hearing is rescheduled to Monday, July 30, 2007, at 2:00 p.m.

DATED this 3rd day of July, 2007.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge